Case 2:23-mj-00145-KJN     Document 5     Filed 11/15/23     Page 1 of 1

FILED
November 15, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MURRAY TODD PETERSEN<br><br>Defendant. | Case No. 2:23-mj-00145-KJN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>MURRAY TODD PETERSEN</u> Case No. <u>2:23-mj-00145-KJN</u> Charges <u>18 USC § 1349</u> from custody for the following reasons:

    _____    Release on Personal Recognizance

    _____    Bail Posted in the Sum of $ _____

    __X__    Unsecured Appearance Bond $ 250,000.00

    _____    Appearance Bond with 10% Deposit

    _____    Appearance Bond with Surety

    _____    Corporate Surety Bail Bond

    _____    (Other): _

Issued at Sacramento, California on November 15, 2023, at 2:00 PM.

Dated:  November 15, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE